UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JENNIFER OFELIA CATASTINI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.C10-5782-JCC-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

　　　Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• 　Defendant shall have up to and including June 17, 2011, to file Defendant's responsive brief; and

• 　Plaintiff shall have up to and including July 1, 2011, to file an optional reply brief.

**This is the parties' 2nd Stipulated request for extension.  No further extensions will be granted absent extraordinary circumstances.**

Page 1　　ORDER - [C10-5782-JCC-MAT]

DATED this 16th day of May, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98105-7075
Telephone: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov