UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER O. CATASTINI,　　　　　　　)
　　　　　　　　　　　　　　　　　　　) CASE NO. C10-5782-JCC
　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) ORDER OF REMAND
MICHAEL J. ASTRUE,　　　　　　　　　)
Commissioner of Social Security,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　　)
_____ )

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, Plaintiff's objections (Dkt. No. 21), and Defendant's response (Dkt. No. 22).

Plaintiff's objections are divided into two parts. In the first, she lists a long string of medical incidents that the ALJ failed to mention. Plaintiff argues that the Magistrate Judge erred in the Report and Recommendation by stating that Plaintiff had not raised these arguments in her opening brief when, in fact, she had. Plaintiff is incorrect. Magistrate Judge

ORDER OF REMAND
PAGE -1

Theiler did acknowledge that the argument was made in Plaintiff's opening brief, but observed that the argument was not made with any specificity. (Dkt. No. 20 at 6.) Judge Theiler's characterization is correct. Plaintiff's opening brief stated "The significance of this evidence is that it provides additional evidentiary support for Catastini's testimony and shows that the ALJ erred by failing to fully credit her testimony." (Dkt. No. 12 at 13.) This is a conclusory claim and need not be addressed by the Court.

In the remainder of her objections, Plaintiff repeats her earlier arguments and does not address the merits of Judge Theiler's Report and Recommendation. The Court is not convinced. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 20);

(2) Defendant's motion to strike (Dkt. 16 at 3) plaintiff's "Appendix of Documentary Evidence" (Dkt. 12-1) is GRANTED;

(3) The Court AFFIRMS this matter in part and REMANDS this matter in part for further administrative proceedings; and

(4) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 15th day of November 2011.

JOHN C. COUGHENOUR
United States District Judge